**Order entered July 31, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00489-CV

**WELLINGTON REALTY, LLC AND DAVID R. SHAFFER, JR., Appellants**

**V.**

**SCOTT O'GRADY, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WELLINGTON REALTY, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06133**

## ORDER

Before the Court is appellants' July 29, 2019 agreed second motion to enlarge time to file brief. Appellants seek the extension, in part, because the parties have been discussing possible settlement of their dispute. We **GRANT** the motion and **ORDER** appellants to file either their brief or a status report no later than August 30, 2019.

/s/     ERIN A. NOWELL
             JUSTICE